AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| SERGIO AVALOS-CEJA | CASE NUMBER: 08cr2728 DMS |

I, <u>SERGIO AVALOS-CEJA</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8-14-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Sergio Avalos_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
        Judicial Officer